**Dismissed and Memorandum Opinion filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-01066-CV

————————

**BOBBY SHAFER, Appellant**

**V.**

**ORR REALTY CORPORATION, OASIS CAR CARE and
WEST HOUSTON AUTO STORAGE, INC., Appellees**

On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1002556

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed December 6, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 8, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.